

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2018

No. 04-18-00253-CV

**JC FODALE ENERGY SERVICES, LLC**,
Appellant

v.

Jenny **HENNES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI12710
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

The reporter's record was due July 23, 2018. Numerous volumes of the reporter's record have been filed by multiple other court reporters who transcribed proceedings in this case. However, our records show there is at least one outstanding volume that has not been filed and that Letitia Moncivais is responsible for the missing part of the reporter's record. Our records further show that two voicemail messages were left with Ms. Moncivais regarding the missing part of the reporter's record and that Ms. Moncivais has not responded.

We therefore order Letitia Moncivais to file the missing part of the reporter's record by **August 17, 2018**. Ms. Moncivais is advised that if she does not timely file her part of reporter's record or timely file a notice of late record, she may be ordered to appear before this court to show cause why she should not be held in contempt.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court